IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERTIV CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD.,<br><br>Defendant, | Civil Action No. 2:26-cv-00084-JRG<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF VERTIV CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Vertiv Corporation, by and through its undersigned counsel, states that:

1. Vertiv Corporation is 100% owned by Vertiv Group Corporation.

2. Vertiv Group Corporation is 100% owned by Vertiv Intermediate Holding II Corporation.

3. Vertiv Intermediate Holding II Corporation is 100% owned by Vertiv Intermediate Holding Corporation.

4. Vertiv Intermediate Holding Corporation is 100% owned by Vertiv Holding Corporation.

5. Vertiv Holding Corporation is 100% owned by Vertiv Holdings, LLC.

6. Vertiv Holdings, LLC is 100% owned by Vertiv Holdings Co.

7. Vertiv Holdings Co. is a publicly held corporation. The only entity that owns more than 10% of Vertiv Holdings Co.'s stock is VPE Holdings, LLC.

| | |
|---|---|
| Dated: February 2, 2026 | Respectfully Submitted, |

OF COUNSEL:

| | |
|---|---|
| Timothy P. Maloney | */s/ Daniel J. Schwartz w/permission* |
| Daniel J. Schwartz | *William E. Davis, III* |
| Randal S. Alexander | William E. Davis, III |
| Allison Strong | Texas Bar No. 24047416 |
| **NIXON PEABODY LLP** | Ty Wilson |
| 70 West Madison, Suite 5200 | Texas State Bar No. 24106583 |
| Chicago, Illinois 60602 | **DAVIS FIRM PC** |
| 312-977-4400 | 213 N. Fredonia Street, Suite 230 |
| tmaloney@nixonpeabody.com | Longview, TX 75601 |
| djschwartz@nixonpeabody.com | 903-230-9090 |
| ralexander@nixonpeabody.com | bdavis@davisfirm.com |
| astrong@nixonpeabody.com | twilson@davisfirm.com |

*Attorneys for Plaintiff Vertiv Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed with the Clerk of Court using the CM/ECF filing system, which will generate and send an e-mail notification of said filing to all counsel of record, on February 2, 2026.

*/s/ Daniel J. Schwartz*
Daniel J. Schwartz